JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____3.27.13_____

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL TRUJILLO, | Case No. EDCV 13-0177-RGK (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

Pursuant to the Order Denying Petition and Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 27, 2013

R. GARY KLAUSNER
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY