I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL ~Petitioner~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 3·27·13

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANGEL TRUJILLO,                    )  Case No. EDCV 13-0177-RGK (JPR)
                                   )
              Petitioner,          )
                                   )        J U D G M E N T
       vs.                         )
                                   )
PEOPLE OF THE STATE OF             )
CALIFORNIA,                        )
                                   )
              Respondent.          )
_____)


     Pursuant to the Order Denying Petition and Dismissing Action,

     IT IS HEREBY ADJUDGED that this action is dismissed with

prejudice.


DATED: March 27, 2013

                              R. GARY KLAUSNER
                              U.S. DISTRICT JUDGE


ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY